UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Lexington Insurance Company, | ) | C.A. No.: 8:08-CV-892-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (Written Opinion) |
| Carolina Springs Academy; Narvin Lichfield; and Elaine Davis, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Before the undersigned is the plaintiff's Motion for Costs and Affidavit in Support of that motion. By Order of this Court dated July 7, 2008, the plaintiff's motion for default judgment was granted against the defendants. Pursuant to that Order and Rule 54 of the Federal Rules of Civil Procedure, the plaintiff was authorized to present a motion for taxable costs as the prevailing party. The Court has reviewed the plaintiff's Motion for Costs and supporting affidavit and finds the costs the plaintiff seeks to recover reasonable. Further, because this matter is an action for rescission of an insurance policy and contemplates the return of premium by the plaintiff to the defendants, the plaintiff seeks to deduct the allowed taxable costs from the premium to be returned to the defendants.

      IT IS ORDERED THAT:

          1.      The plaintiff's Motion for Costs is granted;

      2.      The plaintiff's allowable taxable costs in this matter total $610.00, and that amount is reasonable; and

      3.      The plaintiff is ordered to deduct the allowable taxable costs ($610.00) from the amount of premium returned to the defendants.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

July 17, 2008
Anderson, South Carolina